No. 1278, Misc. OLIVE *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. Petitioner *pro se.* *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Robert G. Maysack* for.the United States.

No. 1283, Misc. MARTIN *v.* TEXAS INDEMNITY INSURANCE CO. ET AL. C. A. 5th Cir. Certiorari denied. *Curtis E. Hill* for petitioner. *Neth L. Leachman* for respondents.

No. 1292, Misc. JOHNSON *v.* NEW YORK. Appellate Division, Supreme Court of New York, Second Judicial Department. Certiorari denied.

No. 1295, Misc. MURPHY *v.* NEW YORK. Appellate Division, Supreme Court of New York, Second Judicial Department. Certiorari denied.

No. 1300, Misc. MOORE *v.* FAY, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 1301, Misc. BUTLER *v.* INDIANA. Supreme Court of Indiana. Certiorari denied. *Howard S. Grimm* for petitioner.

No. 1308, Misc. WRIGHT *v.* PAGE, WARDEN. Court of Criminal Appeals of Oklahoma. Certiorari denied.

No. 1309, Misc. BARBER *v.* GLADDEN, WARDEN. C. A. 9th Cir. Certiorari denied.